UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JEFFREY ARRANT, et al.,

      Plaintiffs,

v.                                                    Case No. SA:20-CV-0228-JKP

PEVETOR COMPANIES, LTD d/b/a
BRAKE CHECK,

      Defendant.

## ORDER OF DISMISSAL

The Court has under consideration Plaintiffs' Motion for the Entry of an Order of Dismissal with Prejudice (ECF No. 6). It **GRANTS** the motion and dismisses this action with prejudice. All claims made by Plaintiffs are hereby dismissed with prejudice to the re-filing of same. The parties will each bear their own costs, expenses, and attorney fees. The Court **directs the Clerk of Court to close this case.**

SIGNED this 28th day of May 2020.

_____
**JASON PULLIAM
UNITED STATES DISTRICT JUDGE**